**No. 11-7736. John Western Thomas, Petitioner v. United States.**

565 U.S. 1168, 132 S. Ct. 1118, 181 L. Ed. 2d 999, 2012 U.S. LEXIS 624.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7739. Lloyd Mack Royal, Petitioner v. United States.**

565 U.S. 1168, 132 S. Ct. 1119, 181 L. Ed. 2d 999, 2012 U.S. LEXIS 602.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 442 Fed. Appx. 794.

**No. 11-7740. Fawzi Mustapha Assi, Petitioner v. United States.**

565 U.S. 1168, 132 S. Ct. 1119, 181 L. Ed. 2d 999, 2012 U.S. LEXIS 596.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 428 Fed. Appx. 570.

**No. 11-7742. Jose Arnaut, Petitioner v. Massachusetts.**

565 U.S. 1168, 132 S. Ct. 1119, 181 L. Ed. 2d 999, 2012 U.S. LEXIS 687.

January 17, 2012. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 78 Mass. App. 906, 940 N.E.2d 1232.

**No. 11-7746. Jesus Gloria, Petitioner v. United States.**

565 U.S. 1168, 132 S. Ct. 1119, 181 L. Ed. 2d 999, 2012 U.S. LEXIS 620.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 440 Fed. Appx. 362.

**No. 11-7747. Jerome Harold Hall, Petitioner v. United States.**

565 U.S. 1168, 132 S. Ct. 1120, 181 L. Ed. 2d 999, 2012 U.S. LEXIS 701.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 449 Fed. Appx. 617.

**No. 11-7748. Amy Joyell Hicks, Petitioner v. United States.**

565 U.S. 1169, 132 S. Ct. 1120, 181 L. Ed. 2d 999, 2012 U.S. LEXIS 704.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 448 Fed. Appx. 334.